THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIBRACH CAPITAL, LLC, a Washington limited liability company, as assignee of BARCELO HOMES, INC., a Washington corporation. | NO. 2:22-cv-01559 |
| Plaintiff, | STIPULATED MOTION TO DISMISS ALL CLAIMS AND ~~PROPOSED~~ ORDER |
| v. | **NOTE ON MOTION CALENDAR: MAY 11, 2023** |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a Delaware corporation; | |
| Defendant. | |

Plaintiff Tribrach Capital, LLC and Defendant Endurance American Specialty Insurance Company, through their undersigned attorneys, agree to and jointly move the Court for entry of an order dismissing this case in its entirety with prejudice and without an award of costs or fees to either party. A proposed order accompanies this stipulated motion.

DATED this 11th day of May, 2023.

MURPHY ARMSTRONG & FELTON LLP

*/s/ James P. Murphy*
James P. Murphy, WSBA #18125
719 Second Avenue, Suite 701
Seattle, Washington 98104
T/206.985.9770  F/206.985.9790
jpm@maflegal.com
*Attorneys for Defendant Endurance American Specialty Insurance Company*

MILLER NASH, LLP

*/s/ Tristan Swanson*
Tristan N. Swanson, WSBA #41934
Pier 70
2801 Alaskan Way, Suite 300
Seattle, Washington 98121-1128
T/206.624.8300 F/206.340.9599
Tristan.swanson@millernash.com
*Attorney for Plaintiff Tribrach Capital, LLC*

1

## <u>ORDER</u>

2      This matter, having come before the Court on the foregoing stipulation, and the Court

3  finding good cause, hereby ORDERS that this case is DISMISSED with prejudice and without an award

4  of costs or fees to any party. The Clerk is DIRECTED to close this case.

5  IT IS SO ORDERED.

6

7

8      DATED this 11th day of May 2023

9

10

11

12

13  Tana Lin
   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26